

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SA11-441M |
| Anush Davtyan | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of <u>Defendant's counsel</u>, IT IS ORDERED that a detention hearing is set for <u>September 8,</u> , <u>2011</u> , at <u>2:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>Marc L. Goldman, United States Magistrate Judge</u>, in Courtroom <u>6A</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 9/2/11

MARC L. GOLDMAN
U.S. ~~District Judge~~/Magistrate Judge