UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2010 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANUSH DAVTYAN and ARMEN AYRAPETYAN, <br><br> Defendants. | SA CR No. **SACR11-0205** <br><br> I N D I C T M E N T <br><br> [21 U.S.C. § 846: Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substance; 21 U.S.C. § 841(a)(1): Possession with Intent to Distribute Controlled Substance] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

A.  OBJECTS OF THE CONSPIRACY

1.  Beginning on an unknown date but at least in or around January 2008, and continuing to on or about September 1, 2011, in Los Angeles County and Orange County, within the Central District of California, and elsewhere, defendants ANUSH DAVTYAN ("DAVTYAN") and ARMEN AYRAPETYAN ("AYRAPETYAN"), and others known and unknown to the Grand Jury, conspired and agreed with each

other to knowingly and intentionally (a) possess with intent to distribute and (b) distribute Oxycodone, a schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

B. <u>MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE ACCOMPLISHED</u>

2. The objects of the conspiracy were to be accomplished in substance as follows:

    a. Defendants DAVTYAN and AYRAPETYAN operated medical clinics, including clinics located at 7033 Reseda Blvd., Reseda, California; 7035 Reseda Blvd., Reseda, California; 16927 Vanowen St., Ste. 4, Northridge, California; 16935 Vanowen St., Ste. H, Northridge, California; 8121 Van Nuys Blvd., Ste. 414, Los Angeles, California; 18107 Sherman Way, Ste. 205, Reseda, California; and 8619 Reseda Blvd., Northridge, California. The purpose of these clinics was to issue prescriptions for Oxycodone, which could then be sold.

    b. On some occasions, co-conspirators would sell prescriptions for Oxycodone to customers (such as addicts) who visited the clinics, regardless of whether the customers saw a physician at the clinic.

    c. On some occasions, co-conspirators (such as cappers) would bring individuals or simply individuals' identification information to a clinic in order to obtain a prescription for Oxycodone.

    d. Defendants DAVTYAN and AYRAPETYAN and their co-conspirators (such as cappers), brought the prescriptions for

Oxycodone obtained from the clinics to pharmacies to be filled. On some occasions, defendants DAVTYAN and AYRAPETYAN and their co-conspirators would bribe pharmacists to fill the prescriptions.

  e. After filling the prescriptions for Oxycodone at a pharmacy, defendants DAVTYAN and AYRAPETYAN and their co-conspirators (such as cappers), brought the Oxycodone to defendants DAVTYAN and AYRAPETYAN's residence, a clinic, or another location controlled by defendants DAVTYAN and AYRAPETYAN.

  f. Defendants DAVTYAN and AYRAPETYAN and their co-conspirators sold the Oxycodone to a dealer, for later resale on the streets.

C. OVERT ACTS

 3. In furtherance of the conspiracy and to accomplish the objects of the conspiracy, defendants DAVTYAN and AYRAPETYAN, and others known and unknown to the Grand Jury, committed various overt acts within the Central District of California, and elsewhere, including the following:

 Overt Act No. 1: On or about April 14, 2009, a capper attempted to fill an Oxycodone prescription obtained from the 7035 Reseda Blvd., Reseda, California clinic at a CVS Pharmacy in Fountain Valley, California.

 Overt Act No. 2: On or about April 14, 2009, an addict/dealer filled an Oxycodone prescription obtained from the 7035 Reseda Blvd., Reseda, California clinic at a RiteAid Pharmacy in Costa Mesa, California.

/ / /

Overt Act No. 3:  In or around mid-2010, defendants DAVTYAN and AYRAPETYAN attempted to bribe a pharmacist to fill Oxycodone prescriptions.

Overt Act No. 4:  In or around mid-2010, defendant DAVTYAN offered to sell 200 bottles of Oxycodone to a dealer.

Overt Act No. 5:  On or about September 1, 2011, defendant DAVTYAN possessed with intent to distribute over 8700 Oxycodone pills at defendants DAVTYAN and AYRAPETYAN's residence.

COUNT TWO

[21 U.S.C. § 841(a)(1)]

4. On or about September 1, 2011, in Los Angeles County, within the Central District of California, defendant ANUSH DAVTYAN knowingly and intentionally possessed with intent to distribute over 8700 pills of Oxycodone, a schedule II controlled substance.

A TRUE BILL

/S/

Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

JEANNIE M. JOSEPH
Assistant United States Attorney